IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CLIFFORD GRAY, SR.**                                                                                   **PLAINTIFF**

v.                                       **5:09CV00108BSM/HLJ**

**W.C. BRASSELL DETENTION
CENTER, et al.,**                                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the memorandum and order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 27th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE

1